# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BUCHANAN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>COMMONWEALTH EDISON, an Exelon Company,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-05247<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Jeffrey Cole |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, CHRISTOPHER BUCHANAN, by and through his attorneys, OTUBUSIN & OTUBUSIN, moves this Court to deny Defendant COMMONWEALTH EDISON's, Motion for Summary Judgment. In support of this motion, Plaintiff hereby incorporates by reference his *Response in Opposition to Defendant's Memorandum of Law in Support of its Motion for Summary Judgment* and his *Response to Defendant's Local Rule 56.1(a) Statement of Undisputed Material Facts*, each of which are filed concurrently with this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**CHRISTOPHER BUCHANAN**

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　One of His Attorneys

Dated: September 16, 2024

**OTUBUSIN & OTUBUSIN**
Cozette A. Otubusin, Esq.
Paul O. Otubusin, Esq.
77 West Washington Street
Suite 1204
Chicago, Illinois 60602
cozette@otubusinlaw.com
drotubusin@otubusinlaw.com
(312) 251-1480
(312) 251-1481 (Fax)

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 16, 2024, she electronically filed the foregoing pleading with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

Respectfully submitted,

**CHRISTOPHER BUCHANAN**

By: _____
One of His Attorneys

Dated: September 16, 2024

**OTUBUSIN & OTUBUSIN**
Cozette A. Otubusin, Esq.
Paul O. Otubusin, Esq.
77 West Washington Street
Suite 1204
Chicago, Illinois 60602
cozette@otubusinlaw.com
drotubusin@otubusinlaw.com
(312) 251-1480
(312) 251-1481 (Fax)