# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BUCHANAN,<br><br>        Plaintiff,<br>  v.<br><br>COMMONWEALTH EDISON, an Exelon Company,<br><br>        Defendant. | Case No. 1:23-cv-05247<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Jeffrey Cole |

### EXHIBIT LIST

NOW COMES Plaintiff, CHRISTOPHER BUCHANAN, by and through its attorneys, OTUBUSIN & OTUBUSIN, and respectfully submits the following Exhibits 1 – 9 in support of his *Local Rule 56.1(a) Statement of Undisputed Material Facts*:

**Exh. A:**  Exhibit List

**Exh. B:**  Declaration of Christopher Buchanan

**Exh. C:**  May 30, 2024 Deposition of Cedric Weathers

**Exh. D:**  May 30, 2024 Deposition of Santos Chaparro

**Exh. E:**  Brian Tepper's Exelon Internal Resume

                  Respectfully submitted,

                  **CHRISTOPHER BUCHANAN**

                By: _____
                    One of His Attorneys

Dated: September 16, 2024  **OTUBUSIN & OTUBUSIN**

Cozette A. Otubusin, Esq.
Paul O. Otubusin, Esq.
77 West Washington Street
Suite 1204
Chicago, Illinois 60602
cozette@otubusinlaw.com
drotubusin@otubusinlaw.com
(312) 251-1480
(312) 251-1481 (Fax)