IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BUCHANAN,<br><br>                        Plaintiff,<br>     v.<br><br>COMMONWEALTH EDISON, an Exelon Company,<br><br>                        Defendant. | Case No. 1:23-cv-05247<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Jeffrey Cole |

## **DECLARATION OF CHRISTOPHER BUCHANAN**

Christopher Buchanan, being of lawful age and duly sworn, deposes and says that:

1. I am a black African American.

2. I hold a Master of Public Administration degree.

3. Throughout the entirety of my employment with ComEd, I consistently performed my job duties in a satisfactory manner.

4. All of my annual performance evaluations at ComEd from April 2021 to the present have been rated as satisfactory.

5. I applied for a promotion to the position of Senior Supervisor, Customer Field Operations in ComEd's Smart Meter Operations division but was denied the promotion.

6. The document Bates-stamped CMCB000245 (attached hereto as Exhibit 1) is a true and correct copy of my Exelon Internal Resume.

7. Exhibit 1 shows that my transition from the position of Work Planner to Business Analyst was a lateral move and did not constitute a promotion.

8. Exhibit 1 shows that I have maintained a Grade E02 level position for the duration of my employment at ComEd.

9. Exhibit 1 shows that I have served as both a Work Planner and a Business Analyst, each at the E02 grade level.

10. Exhibit 1 shows that since my initial hire at ComEd in March 2016, I have not received any promotion.

11. Had I received a promotion, Exhibit 1 would show that I am at a Grade E03 level position.

12. My transition from the Work Planner position to the Business Analyst position was subject to an unwarranted delay.

13. The delay in my transition to the Business Analyst role was a direct result of Tolanda Jones' mismanagement in adequately staffing Work Planners.

14. I formally accepted the offer for the Business Analyst position in April 2021.

15. Both Brian Tepper and I held Grade E02 level positions.

16. Both Brian Tepper and I held the position of Work Planner within Smart Meter Operations.

17. Brian Tepper and I reported to the same supervisor, Rhonda West.

18. Both Brian Tepper and I had Santos Chaparro as our Manager.

19. Brian Tepper and I were subject to the same employment standards and performed comparable duties and responsibilities.

20. Tepper lacks the educational qualifications that I have—specifically, a Master's degree.

21. Similarly, Bradley Preston and I were held to the same employment standards and engaged in similar conduct.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of September, 2024.

                                                                                      _____
                                                                                        CHRISTOPHER BUCHANAN